**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 30 2013

**MATTHEW J. DYKMAN**
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 13-3511 |
| Plaintiff, ) | |
| ) | Counts 1-5: 29 U.S.C. § 501(c): Embezzlement |
| vs. ) | and Theft of Labor Union Assets. |
| ) | |
| **JACOB BARKEMEYER**, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about the dates set forth below, in Valencia County, in the District of New Mexico, the defendant, **JACOB BARKEMEYER**, while a person employed, directly and indirectly, by the Brotherhood of Railroad Signalmen Local Lodge 172, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $8,131.59.

| Count | Check # | Date | Payee | Check Amount | Stolen/Embezzled Amount |
|---|---|---|---|---|---|
| 1 | 1680 | 11/14/2009 | Jacob Barkemeyer | $1,249.52 | $1,249.52 |
| 2 | 1745 | 04/25/2012 | Jacob Barkemeyer | $2,766.42 | $2,766.42 |
| 3 | 1754 | 10/01/2012 | Jacob Barkemeyer | $2,739.64 | $1,170.00 |
| 4 | 1755 | 10/29/2012 | Jacob Barkemeyer | $2,139.15 | $2,139.15 |
| 5 | 1758 | 11/15/2012 | Jacob Barkemeyer | $806.50 | $806.50 |
| Total Embezzlement Amount | | | | | $8,131.59 |

In violation of 29 U.S.C. § 501(c).

                                                  A TRUE BILL:

                                                  /s/
                                        FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
KAB
10/18/13